UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 14-00526 JD** |
| Plaintiff, | [PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| JONG KYOON PARK, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 11, 2015, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. 13,977 counterfeit Orange Head toys;

b. 267 counterfeit Angry Birds plush toys and

c. 20 counterfeit Lemon Head toys

pursuant to 18 U.S.C. § 2323(b) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least

PRELIMINARY ORDER OF FORFEITURE
CR 14-00526 JD                                                    1

thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel, David Countryman, Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102, within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 5th day of November, 2015.

_____
HON. JAMES DONATO
United States District Judge